FILED
RICHARD W. NAGEL
CLERK OF COURT

1/31/22

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
WEST. DIV. DAYTON

NITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | Case No. 3:22cr-5 |
| | : | Walter H. Rice |
| **Plaintiff,** | : | I N F O R M A T I O N |
| | : | |
| | : | 18 U.S.C. § 2252(a)(2) |
| **v.** | : | |
| | : | |
| | : | |
| **SCOTT WILLIAM REED,** | : | |
| | : | |
| **Defendant.** | : | |

The United States Attorney charges:

COUNTS ONE THROUGH THREE

[18 U.S.C. §§ 2252(a)(2) & 2252(b)(1)]

In or around November 2018, in the Southern District of Ohio, defendant **SCOTT WILLIAM REED** knowingly and intentionally received one or more visual depictions using any means and facility of interstate and foreign commerce, and which visual depictions had been shipped and transported in and affecting interstate and foreign commerce, and which visual depictions contained materials which have been mailed and so shipped and transported by any means including by computer, the production of such visual depictions having involved the use of one or more minors engaging in sexually explicit conduct and such visual depictions were of such conduct.

In violation of Title 18, United States Code, Sections 2252(a)(2) & 2252(b)(1).


KENNETH L. PARKER
United States Attorney


*Brent G. Tabacchi*
_____
BRENT G. TABACCHI
Assistant United States Attorney